UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA GLOTFELTY,<br><br>                    Plaintiff,<br><br>            -against-<br><br>NORTHSTAR LOCATION SERVICES, LLC,<br><br>                    Defendant. | **NOTICE OF SETTLEMENT**<br><br>Case 1:10-cv-00671 |

NOW COMES the Plaintiff, VICTORIA GLOTFELTY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

    Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                    RESPECTFULLY SUBMITTED,

                                    By:__/s/ Adam T. Hill_____
                                    Adam T. Hill,
                                    Attorney for Plaintiff
                                    Krohn & Moss, Ltd.
                                    120 W. Madison St., 10th Fl.
                                    Chicago, IL 60602
                                    phone: (312) 578-9428
                                    fax: (866) 802-0021
                                    e-mail: ahill@consumerlawcenter.com