UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

VICTORIA GLOTFELTY,

        Plaintiff,

-against-          **STIPULATION OF DISMISSAL**

NORTHSTAR LOCATION SERVICES, LLC,    **Case No: 1:10-cv-00671**

        Defendant.

### STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, VICTORIA GLOTFELTY and Defendant, NORTHSTAR LOCATION SERVICES, LLC, LTD., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, VICTORIA GLOTFELTY, against Defendant, NORTHSTAR LOCATION SERVICES, LLC, LTD., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

| | | |
|---|---|---|
| Dated: February 14, 2011 | | KROHN & MOSS, LTD. |

/s/ Adam T. Hill
Adam T. Hill, Esq.
Krohn & Moss, Ltd
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
Telephone:  312-578-9428
Telefax:  866-289-0898
ahill@consumerlawcenter.com
Attorney for Plaintiff, VICTORIA GLOTFELTY

Dated: February 14, 2011           EUSTACE & MARQUEZ

/s/ Heath A. Bender
Heath A. Bender
EUSTACE & MARQUEZ
1133 Westchester Ave, Suite S325
White Plains, NY 10604
(914) 989-6650
hbender@eustacemarquez.com
Attorney for Defendant, NORTHSTAR LOCATION SERVICES, LLC, LTD.

1
2
3     **ORDER GRANTING DISMISSAL WITH PREJUDICE**
4
5     The Foregoing Stipulation Is Approved And Is So Ordered.
6     Signed this 14th day of February, 2011
7
8                                           _____
9                                           William M. Skretny
                                            United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28